NOT FOR PUBLICATION                                                                          (Doc. Nos. 33, 34)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| U.S. CLAIMS | : | |
| Plaintiff, | : | Civil No. 11-02574 (RBK/JS) |
| v. | : | **ORDER** |
| LISA ROSS, et. al., | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on the motions of Citibank, N.A. ("Citibank") and Bank of America, N.A. ("BOA") for summary judgment on Count 2 of the complaint of U.S. Claims ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 56, and the Court having considered the moving papers and attached documents; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Citibank and BOA's motions for summary judgment on Count 2 of Plaintiff's complaint are **GRANTED**.

Dated: 12/4/2012                                                     /s/ Robert B. Kugler
                                                                                ROBERT B. KUGLER
                                                                                United States District Judge